| Fill in this information to identify the case: | | ☐ Check if this modification is filed prior to filing of TRCC. |
|---|---|---|
| **IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF TEXAS** | | ☐ Check if this modification is filed after TRCC filing but still within Benchmark Fee Period. |
| Debtor 1 | MARCUS KENYATTA MCCALL SR. | ☐ Check if this modification is filed after Benchmark Fee Period. |
| Debtor 2 (Spouse, if filing) | ERIN MARIE MCCALL | **List the sections which have been changed by this modification:** |
| Case Number: | 22-41316-R | **2.2, 4.6** |

TXEB Local Form 3015-d

# MOTION TO MODIFY
# CONFIRMED CHAPTER 13 PLAN

**TO THE HONORABLE JUDGE OF THIS COURT:**

1. This motion to Modify Previously-Confirmed Chapter 13 Plan (the "Modification Montion") is filed by the:

    ☐ **Debtor;** (1)      ☑ **Chapter 13 Trustee;**

    ☐ **Unsecured Claimaint:** _____

for the purpose of modifying certain specific provisions of that Chapter 13 Plan which had previously been confirmed for the Debtor on February 23, 2023. Except as modified herein, all provisions of the confirmed Chapter 13 Plan remain in full force and effect.

If this motion is filed by the Debtor, each Debtor:

    ☐ certifies that an amended Schedule I and Schedule J have been filed contemporaneously with this motion;

    ☐ declares, under penalty of perjury, that the information contained in Schedule I and Schedule J, as previously filed with the court, remains true and correct

**28-DAY NEGATIVE NOTICE - LBR 3015(h):**

**Your rights may be affected by the plan modifications sought in this pleading. You should read this pleading carefully and discuss it with your attorney, if you have one in this bankruptcy case. If you oppose the relief sought by this pleading, you must file a written objection, explaining the factual and/or legal basis for opposing the relief.**

**No hearing will be conducted on this Motion unless a written objection is filed with the Clerk of the United States Bankruptcy Court and served upon the party filing this pleading _WITHIN TWENTY-EIGHT (28) DAYS FROM DATE OF SERVICE_ shown in the certificate of service unless the Court shortens or extends the time for filing such objection. If no objection is timely served and filed, this pleading shall be deemed to be unopposed, and the Court may enter an order confirming this plan modification. If an objection is filed and served in a timely manner, the court will thereafter set a hearing with appropriate notice. If you fail to appear at the hearing, your objection may be stricken. The Court reserves the right to set a hearing on any matter.**

---

(1) The use of the singular term "Debtor" in this Modification Motion includes both debtors when the case has been initiated by the filing of a joint petition by spouses.

| Debtor 1 | **MARCUS KENYATTA MCCALL SR.** | Case number *(if known)* | **22-41316-R** |
|---|---|---|---|
| | Name | | |

2. This Modification Motion is required *(select all applicable)*:

- ☐ to reconcile the Plan with allowed claims pursuant to the TRCC;
- ☑ to increase the amount of payments required under the Plan;
- ☐ to reduce the amount of payments required under the Plan;
- ☑ to provide for an allowed claim omitted from treatment under the Plan;
- ☐ to extend the time for making payments required under the Plan;
- ☐ to reduce the time for making payments required under the Plan;
- ☐ to surrender collateral pursuant to § 3.6;
- ☐ to cease further plan disbursements to a particular claimant;
- ☐ to cure a delinquency in the plan payments caused by
- ☐ to increase the amount of retained income tax refunds authorized under § 2.4;
  
  Reason:

- ☐ to seek approval of an additional award of attorney's fees to the Debtor's attorney;
- ☑ Other: **INCREASE AMOUNT PAID TO UNSECURED CLAIMS DUE TO THE INCREASE IN HOUSEHOLD INCOME PER THE 2022 TAX RETURN RECEIVED.**
- ☐ to add a nonstandard provision to Part 8 of the Plan [check box below];

**3. Notice to Creditors**: Regarding insertion of new Nonstandard Provision into Debtor's Plan:

| **Nonstandard provisions as set forth in Part 8.** | ☐ Included | ☐ Not Included |
|---|---|---|

4. The specific modifications to the Debtor's Plan are as follows:

☑ **§ 2.2** of the Plan regarding regular plan payments (2) is **MODIFIED** in the following respects:

Beginning on the 30th day after the Petition Date (3) unless the Court orders otherwise, the Debtor will make regular payments to the Trustee in variable amounts throughout the applicable commitment period and for such additional time as may be necessary to make the payments to claimants specified in Parts 3 through 5 of this Plan (the "Plan Term"). The payment schedule shall consist of:

☐ **Constant Payments**: The Debtor will pay $ per month for months.

☑ **Variable Payments:** The Debtor will pay make variable plan payments throughout the Plan Term. The proposed schedule for such variable payments are set forth in **Exhibit A** to this Order and are incorporated herein for all purposes.

If plan payment amounts are increasing, the Debtor certifies that, with regard to **§ 2.3** of the Plan,

☐ a Motion for an Amended Wage Withholding Order for the increased payment amount has been filed;
☐ an increase of the amount to be transferred to the Trustee by electronic means has been authorized.

| Debtor 1 | MARCUS KENYATTA MCCALL SR. | Case number *(if known)* | 22-41316-R |
|---|---|---|---|
| | Name | | |

**3.2**

☒ **None.** No additional Cure Claims designated for treatment under **§ 3.2** of the Plan. (4)
☐ **No Remaining Claims**. All claims previously listed as a Cure Claim in **§ 3.2** of the Plan have been reclassified.
☐ **Revised/Additional Cure Claims**. **§ 3.2** of the Plan regarding the treatment of Cure Claims is **MODIFIED** in the following respects; provided, however, that to the extent that any Cure Claim added hereto is composed of a post-petition mortgage arrearage,
the payment of any such arrearage shall be deferred until such time as the Claimant files an amended proof of claim to quantify the amount of the post-petition arrearage and, in any event, unless the Court specifically orders otherwise, such payment shall be subordinated to the existing payment rights of junior classes under the Debtor's previously-confirmed Chapter 13 Plan:

| Claimant | Collateral/Property Description | Debtor's DPO Amount | Cure Claim Amount | Plan Interest Rate | Projected Monthly Payment by Trustee | Projected Total Cure Payment by Trustee |
|---|---|---|---|---|---|---|
| | | | | | | |

**3.3**

☒ **None.** No additional 910 Claims designated for treatment under **§ 3.3** of the Plan. (5)
☐ **No Remaining Claims**. All claims previously listed as a 910 Claim in **§ 3.3** of the Plan have been reclassified.
☐ **Revised/Additional Cure Claims**. **§ 3.3** of the Plan regarding the treatment of 910 Claims is **MODIFIED** in the following respects:

| Claimant | Collateral/Property Description | 910 Claim Amount | Plan Interest Rate | Equal Monthly Payment by Trustee | Projected Total Payment by Trustee |
|---|---|---|---|---|---|
| | | | | | |

**3.4**

☒ **None.** No additional 506 Claims designated for treatment under **§ 3.4** of the Plan. (6)
☐ **No Remaining Claims**. All claims previously listed as a 910 Claim in **§ 3.3** of the Plan have been reclassified.
☐ **Revised/Additional Cure Claims**. **§ 3.4** of the Plan regarding the treatment of 910 Claims is **MODIFIED** in the following respects:

| Claimant | Collateral/Property Description | 506 Claim Amount | Collateral Value | Plan Interest Rate | Equal Monthly Payment by Trustee | Projected Total Payment by Trustee |
|---|---|---|---|---|---|---|
| | | | | | | |

---

(4) Any reference to § 3.2 of the Plan herein includes any payments designated and confirmed under ¶ 6(B) or ¶ 8 of the 2006 version of TXEB Local Form 3015-a.
(5) Any reference to § 3.3 of the Plan herein includes any payments designated and confirmed under ¶ 6(A)(ii)(a) of the 2006 version of TXEB Local Form 3015-a.
(6) Any reference to § 3.4 of the Plan herein includes any payments designated and confirmed under ¶ 6(A)(ii)(b) of the 2006 version of TXEB Local Form 3015-a.

| Debtor 1 | MARCUS KENYATTA MCCALL SR. | Case number *(if known)* | 22-41316-R |
|---|---|---|---|
| | Name | | |

**3.5**

☒ **None.** No additional Direct Claims designated for treatment under **§ 3.5** of the Plan. (7)
☐ **§ 3.5** of the Plan regarding the treatment of Direct Claims is **MODIFIED** in the following respects:

| Claimant | Collateral Description | Total Claim Amount on Petition Date | Collateral Value on Petition Date | Contract Interest Rate | Monthly Payment per Contract | Date of Final Monthly Payment |
|---|---|---|---|---|---|---|
| | | | | | | |

**3.6**

☒ **None.** No additional designations for surrender of collateral under **§ 3.6** of the Plan. (8)
☐ **Additional Surrender of Collateral. § 3.6** of the Plan regarding the designation of property to be surrendered is **MODIFIED.**

The Debtor surrenders to each additional claimant listed below the property that secures that creditor's claim and requests that, upon the granting of this Modification Motion, the automatic stay under § 362(a) be terminated as to the referenced collateral only and any co-debtor stay under § 1301 be terminated in all respects. Pending the consideration of this Modification Motion, the Trustee shall immediately cease any plan distribution to the additional claimant on account of the allowed secured claim for which the surrendered collateral stands as security. The affected claimant shall have **ninety (90) days after the entry of the order granting this Modification Motion** to file an amended proof of claim regarding recovery of any deficiency balance from the Estate resulting from the disposition of the collateral. Any such allowed general unsecured claim will thereafter be treated under § 5.2 of the confirmed plan.

| Claimant | Collateral Description | Collateral Location |
|---|---|---|
| | | |

**4.4**

☒ **None.** No additional DSO Claims designated for treatment under **§ 4.4** of the Plan. (9)
☐ **No Remaining Claims.** All claims previously listed as a DSO Claim in **§ 4.4** of the Plan have been reclassified.
☐ **Revised/Additional DSO Claims.** § 4.4 of the Plan regarding the treatment of DSO Claims is MODIFIED in the following respects:

| DSO Claimant | Projected DSO Claim Amount | Projected Monthly Payment by Trustee |
|---|---|---|
| | | |

---

(7) Any reference to § 3.5 of the Plan herein includes any payments designated and confirmed under ¶ 12(B) of the 2006 version of TXEB Local Form 3015-a.
(8) Any reference to § 3.6 of the Plan herein includes any designations for surrender of collateral under ¶ 6(C) of the 2006 version of TXEB Local Form 3015-a.
(9) Any reference to § 4.4 of the Plan herein includes any payments designated and confirmed under ¶ 5(A) of the 2006 version of TXEB Local Form 3015-a.

| Debtor 1 | MARCUS KENYATTA MCCALL SR. | Case number *(if known)* | 22-41316-R |
|---|---|---|---|
| | Name | | |

**4.6**

☐  **None.** No additional Tax/Other Priority Claims designated for treatment under **§ 4.6** of the Plan. (10)
☐  **No Remaining Claims.** All claims previously listed as a Tax/Other Priority Claim in **§ 4.6** of the Plan have been reclassified.
☒  **Revised/Additional Tax/Priority Claims**. **§ 4.6** of the Plan regarding the treatment of DSO Claims is **MODIFIED** in the following respects:

| Priority Claimant | Projected Claim Amount | Projected Monthly Payment by Trustee |
|---|---|---|
| TEXAS HEALTH AND HUMAN SERVICES COMMISSION<br><br>SNAP FRAUD | $13,572.00 | Pro-Rata |

☐  **Part 8** of the plan is MODIFIED with the inclusion of the following Special Provision:

> Under Bankruptcy Rule 3015(c), nonstandard provisions **must** be set forth below. A nonstandard provision is a provision not otherwise included in the Official TXEB Form or any deviation from it. A*ny nonstandard provision set out elsewhere in this Modification Motion is void. Even if set forth below, any nonstandard provision is void **unless the "Included" box is checked in  ¶ 3 of this Modification Motion.***

---

(10) Any reference to § 4.6 of the Plan herein includes any payments designated and confirmed under ¶ 5(B) of the 2006 version of TXEB Local Form 3015-a.

| Debtor 1 | MARCUS KENYATTA MCCALL SR. | Case number *(if known)* 22-41316-R |
|---|---|---|
| | Name | |

5. **Request for Additional Attorney's Fees (Expiration of Benchmark Fee Period Only):**
   N.A.

WHEREFORE, the Movant, as identified in ¶ 1 herein, respectfully prays that the foregoing Modification Motion be granted, that the Debtor's Plan be modified in the manner set forth herein, that, if applicable, any request for additional attorney's fees as set forth in ¶ 5 be granted, and that such other and further relief be granted in this regard as may be appropriate under the circumstances.

Respectfully submitted,

/s/ Carey D. Ebert
Carey D. Ebert, TBN 05332500
H. Jefferson LeForce, TBN 00791094
Office of the Standing Chapter 13 Trustee
500 North Central Expressway, Suite 350
Plano, Texas  75074
(972) 943-2580

## Exhibit A

| Begin Date: | Term: | | End Date: | Amount: |
|---|---|---|---|---|
| November 4, 2022 | 7 | MONTHS | June 3, 2023 | $4,768.00 |
| June 4, 2023 | 1 | MONTHS | July 3, 2023 | $5,534.00 |
| July 4, 2023 | 52 | MONTHS | November 3, 2027 | $5,670.00 |
| | | | Base Amount: | $333,750.00 |

Debtor 1    **MARCUS KENYATTA MCCALL SR.**　　　　　　　　　　Case number *(if known)*  **22-41316-R**
　　　　　　　Name

# CERTIFICATE OF SERVICE

　　　This is to certify that a true and correct copy of the foregoing Motion to Modify Confirmed Chapter 13 Plan has been served upon the following parties in interest on the date set forth below by either electronic service or mailing a copy of same to them via first class mail.

MARCUS KENYATTA MCCALL SR.
ERIN MARIE MCCALL
11621 SUMMER SPRINGS DRIVE
FRISCO, TX  75036

ALLMAND LAW FIRM PLLC
860 AIRPORT FREEWAY SUITE 401
HURST, TX  76054

and to the parties on the attached mailing matrix.

Dated:  May 30, 2023　　　　　　　　　　　　　　　　/s/ Carey D. Ebert
　　　　　　　　　　　　　　　　　　　　　　　　　　　Office of the Standing Chapter 13 Trustee

| Debtor 1 | MARCUS KENYATTA MCCALL SR. | Case number *(if known)* 22-41316-R |
|---|---|---|
| | Name | |

AIS PORTFOLIO SERVICES LP
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY, OK  73118

ALLMAND LAW FIRM PLLC
ALLMAND LAW FIRM PLLC
860 AIRPORT FWY STE 401
HURST, TX  76054-3264

ALLMAND LAW FIRM PLLC
860 AIRPORT FWY STE 401
HURST, TX  76054-3264

ANGELO STATE UNIVERSITY
2601 W. AVE N.
SAN ANGELO, TX  76909

ATTORNEY GENERAL OF TEXAS
BANKRUPTCY COLLECTION DIVISION
PO BOX 12548
AUSTIN, TX  78711

ATTORNEY GENERAL OF TEXAS
BANKRUPTCY COLLECTION DIVISION
PO BOX 12017
AUSTIN, TX  78711

ATTORNEY GENERAL OF TEXAS - CSD
REGION 4
2001 BEACH STREET, SUITE 700
FORT WORTH, TX  76103

CARVANA
C/O BRIDGECREST
PO BOX 29018
PHOENIX, AZ  85038

CARVANA LLC/BRIDGECREST
C.O AIS PORTFOLIO SERVICES LLC
PO BOX 4138
HOUSTON, TX  77210

CARVANA LLC/BRIDGECREST
C/O AIS PORTFOLIO SERVICES LLC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY, OK  73118

CHASE CARD SERVICES
ATTN: BANKRUPTCY
PO BOX 15298
WILMINGTON, DE  19850

CHRISTOPHER ANDERSON
ALLMAND LAW
8350 NORTH CENTRAL EXPRESSWAY
SUITE 1200
DALLAS, TX  55395

CITIBANK
CITICORP CREDIT SRVS/CENTRALIZED BK DEPT
PO BOX 790034
SAINT LOUIS, MO  63179

CREDIT COLLECTION SERVICES
ATTN: BANKRUPTCY 725 CANTON ST
NORWOOD, MA  02062

CREDIT FIRST
P. O. BOX 818011
CLEVELAND, OH  44181-8011

CREDIT FIRST NATIONAL ASSOC
ATTN: BK CREDIT OPERATIONS
PO BOX 81315
CLEVELAND, OH  44181

Debtor 1  **MARCUS KENYATTA MCCALL SR.**  Case number *(if known)* **22-41316-R**
Name

CREDIT ONE BANK
ATTN: BANKRUPTCY
PO BOX 98873
LAS VEGAS, NV  89193

CREDIT SYSTEMS INTERNATIONAL INC
ATTN: BANKRUPTCY
PO BOX 1088
ARLINGTON, TX  76004

CWS/CW NEXUS
ATTN: CARD SERVICES
PO BOX 9201
OLD BETHPAGE, NY  11804

DENTON COUNTY APPRAISAL DISTRICT
MCCREARY VESELKA BRAGGS & ALLEN PC
P.O. BOX 1269
ROUND ROCK, TX  78680-1269

DENTON COUNTY FWSD #4A APRAISAL
C/O MCCREARY VESELKA BRAGG & ALLEN PC
P.O. BOX 1277
DENTON, TX  76202

DSNB MACYS
CITIBANK
1000 TECHNOLOGY DRIVE MS 777
O FALLON, MO  63368

ECMC
LOCKBOX #8682
PO BOX 16478
ST. PAUL, MN  55116-0478

ECMC
PO BOX 16408
SAINT PAUL, MN  55116-0408

ECMC
LOCKBOX #8682 PO BOX 16478
ST. PAUL, MN  55116-0478

ERICKA JOHNSON
4750 HICKORY CREEK DR #8
UNIVERSITY PARK, IL  60484

ERICKA S. JOHNSON
P.O. BOX 659791
SAN ANTONIO, TX  78265

ERIN MARIE MCCALL
11621 SUMMER SPRINGS DRIVE
FRISCO, TX  75036

EVEREST RECEIVABLE SERVICES
2351 N. FOREST ROAD SUITE 100
GETZVILLE, NY  14068

FEDLOAN
ATTN: BANKRUPTCY
PO BOX 60610
HARRISBURG, PA  17106-0610

FIRST NATIONAL BANK
ATTN BANKRPUTCY
1500 S HIGHLINE AVE
SIOUX FALLS, SD  57110-1003

FIRST NATIONAL BANK/LEGACY
ATTN: BANKRUPTCY
PO BOX 5097
SIOUX FALLS, SD  57117-5097

| Debtor 1 | MARCUS KENYATTA MCCALL SR. | Case number *(if known)* | 22-41316-R |
|---|---|---|---|
| | Name | | |

FIRST PREMIER BANK
ATTN: BANKRUPTCY
PO BOX 5524
SIOUX FALLS, SD  57117

FIRST SAVINGS BANK/BLAZE
ATTN: BANKRUPTCY
PO BOX 5096
SIOUX FALLS, SD  57117-5096

FNBO/CCS
ATTN: BANKRUPTCY
PO BOX 5081
SIOUX FALLS, SD  57117

FREEDOM MORTGAGE CORPORATION
ATTN: BANKRUPTCY DEPARTMENT
10500 KINCAID DRIVE
SUITE 300
FISHERS, IN  46037

FREEDOM MORTGAGE CORPORATION
ATTN: BANKRUPTCY
907 PLEASANT VALLEY AVE STE 3
MT LAUREL, NJ  08054

FRISCO SELF STORAGE
155 OLD NEWMAN RD
FRISCO, TX  75034

GRAND CANYON UNIVERSITY
3300 WEST CAMELBACK ROAD
PHOENIX, AZ  85017

GRAND CANYON UNIVERSITY
PO BOX 11590
PHOENIX, AZ  85061

GRAND CANYON UNIVERSITY
AATN: OFC OF GENERAL COUNSEL
PO BOX 11097
PHOENIX, AZ  85061

INTERNAL REVENUE SERVICE
PO BOX 7317
PHILADELPHIA, PA  19101-7317

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA, PA  19114

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA  19101-7346

JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD, MN  56302-7999

JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 772813
CHICAGO, IL  60677

JENNIFER WRIGHT
301 TARROW ST
6TH FLOOR
COLLEGE STATTION, TX  77840

JPMORGAN CHASE BANK NA
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE, LA  71203-4774

| Debtor 1 | MARCUS KENYATTA MCCALL SR. | Case number *(if known)* | 22-41316-R |
|---|---|---|---|
| | Name | | |

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ATTN: LISA LARGE EVANS
2777 N. STEMMONS FREEWAY STE 1000
DALLAS, TX  75201

LITTLE ELM ISD APPRAISAL
ATTN OFFICER OR MANAGING AGENT
SAWKO & B
1172 BENT OAKS DR.
DENTON, TX  76210

LVNV FUNDING
RESURGENT CAPITAL SERVICES
PO BOX 10497
GREENVILLE, SC  29603

LVNV FUNDING LLC
C/O RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE, SC  29603-0587

MACYS/FDSB
ATTN: BANKRUPTCY 9111 DUKE BOULEVARD
MASON, OH  45040

MARCUS KENYATTA MCCALL SR.
11621 SUMMER SPRINGS DRIVE
FRISCO, TX  75036

MCCREARY VESELKA & ALLEN
PO BOX 1269
ROUND ROCK, TX  78680

MERRICK BANK
C/O RESURGENT CAPITAL SERVICES
PO BOX 10368
GREENVILLE, SC  29603-0368

MIDLAND CREDIT MANAGEMENT INC
PO BOX 2037
WARREN, MI  48090

MIDLAND FUND
ATTN: BANKRUPTCY
350 CAMINO DE LA REINE SUITE 100
SAN DIEGO, CA  92108

NAVIENT
ATTN: BANKRUPTCY
PO BOX 9640
WILKES-BARRE, PA  18773-9640

NAVIENT SOLUTIONS INC
EDUCATIONAL CREDIT MANAGEMENT CORPORATION
PO BOX 16408
SAINT PAUL, MN  55116-0408

NAVIENT SOLUTIONS, LLC ON BEHALF OF AMERICAN STUDENT ASSISTANCE
PO BOX 16129
ST. PAUL, MN  55116

NTTA
P.O. BOX BOX 660244
DALLAS, TX  75266

PORTFOLIO RECOVERY ASSOCIATES LLC
ATTN: BANKRUPTCY 120 CORPORATE BOULEVARD
NORFOLK, VA  23502

PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK, VA  23541-1067

| Debtor 1 | MARCUS KENYATTA MCCALL SR. | Case number *(if known)* | 22-41316-R |
|---|---|---|---|
| | Name | | |

PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 12914
NORFOLK, VA  23541-2914

PRA RECEIVABLES MANAGEMENT
PO BOX 41021
NORFOLK, VA  23541-1067

PROFESSIONAL FINANCE COMPANY INC.
ATTN: BANKRUPTCY
PO BOX 1686
GREELEY, CO  80632-1686

QUANTUM3 GROUP LLC
PO BOX 2489
KIRKLAND, WA  98083

QUANTUM3 GROUP LLC AS AGENT FOR
CREDIT CORP SOLUTIONS INC
PO BOX 788
KIRKLAND, WA  98083-0788

SPRING OAKS CAPITAL
1400 CROSSWAYS BLVD STE 100 B
CHESAPEAKE, VA  23320

SPRING OAKS CAPITAL LLC
ATTN: BANKRUPTCY
P.O. BOX 1216
CHESAPEAKE, VA  23327-1216

SYNERPRISE CONSULTING SERVICES INC
ATTN: BANKRUPTCY 5651 BROADMOOR
MISSION, KS  66202

TAKEDA MCCALL
9825 EMORY OAK CIRCLE
DALLAS, TX  75249

TARGET NB
C/O FINANCIAL & RETAIL SERVICES
MAILSTOP BT PO BOX 9475
MINNEAPOLIS, MN  55440

TARLETON STATE UNIVERSITY
BOX T-0120
STEPHENVILLE, TX  76402

TEXAS ALCOHOLIC BEVERAGE COMM
LICENSES AND PERMITS DIVISION
PO BOX 13127
AUSTIN, TX  78711-3127

TEXAS CHILD SUPPORT DISBURSEMENT
UNIT
P. O. BOX 659791
SAN ANTONIO, TX  78265-9941

TEXAS FAMILY FITNESS
6205 COIT RD #205
PLANO, TX  75024

TEXAS HEALTH AND HUMAN SERVICES
COMMISSION
HHSC - COMPLEX LIGIGATION
4061 WEST GUADALUPE STREET, MC 1100
AUSTIN, TX  78751

TEXAS HEALTH AND HUMAN SERVICES
COMMISSION
PO BOX 149055, MC 1470
AUSTIN, TX  78714

| Debtor 1 | MARCUS KENYATTA MCCALL SR. | Case number *(if known)* | 22-41316-R |
|---|---|---|---|
| | Name | | |

THE TEXAS A&M UNIVERSITY SYSTEMS, OGC
301 TARROW STREET
6TH FLOOR
COLLEGE STATION, TX  77840

TONI TOWNSEND
MCCALLA RAYMER PIERCE LLC
1 N DEARBORN STE 1200
CHICAGO, IL  60602-4337

TRANSWORLD SYSTEM INC
ATTN: BANKRUPTCY
PO BOX 15630
WILMINGTON, DE  19850

TRUE ACCORD
16011 COLLEGE BLVD SUITE 130
LENEXA, KS  66219

U.S. DEPARTMENT OF EDUCATION
P.O. BOX 530260
ATLANTA, GA  30353-0260

U.S. DEPARTMENT OF EDUCATION-NATIONAL PAYMENT CENT
PO BOX 790336
ST. LOUIS, MO  63179-0336

UNITED STATES ATTORNEY - EAST
110 N. COLLEGE STE. 700
TYLER, TX  75702

UNITED STATES TRUSTEE - WESTERN
615 E. HOUSTON STREET SUITE 533
SAN ANTONIO, TX  78205

UPSTART FINANCE
ATTN: BANKRUPTCY
PO BOX 1503
SAN CARLOS, CA  94070

UPSTART NETWORK INC.
PO BOX 1931
BURLINGAME, CA  94011

US ATTORNEY GENERAL
US DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVE NW
WASHINGTON, DC  20530

US DEPARTMENT OF EDUCATION
PO BOX 16448
SAINT PAUL, MN  55116-0448

USAA FEDERAL SAVINGS BANK
ATTN: BANKRUPTCY 10750 MCDERMOTT FREEWAY
SAN ANTONIO, TX  78288-9876

WHITE KNIGHT PEST CONTROL
1411 LEMAY DR 306
CARROLLTON, TX  75007