THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MARCUS KENYATTA MCCALL SR. | § | CASE NO.  22-41316-R |
| XXX-XX-8409 | § | |
| 11621 SUMMER SPRINGS DRIVE | § | CHAPTER 13 |
| FRISCO, TX  75036 | § | |
| | § | |
| ERIN MARIE MCCALL | § | |
| XXX-XX-5666 | § | |
| | § | |
| DEBTORS | § | |

MOTION TO DISMISS AND SETTING HEARING

**THE TRUSTEE REQUESTS THE COURT TO SET THIS MOTION FOR HEARING
ON March 13, 2024, AT 10:00 am AS FOLLOWS:**

**TELEPHONIC HEARING INFORMATION CAN BE FOUND ON THE HEARINGS TAB
OF THE TRUSTEES WEBSITE LOCATED AT WWW.PLANOCH13.COM**

COMES NOW Carey D. Ebert, and files this Motion to Dismiss and Setting Hearing in the above numbered and styled proceeding, and for cause would show the Honorable Court as follows:

The Debtors have unreasonably delayed the case because the Debtors have failed to make Chapter 13 plan payments as required by 11 USC §1326(a)(1). The Trustee previously sent email notices to the Debtors when they were two- and three-months delinquent and they have failed to cure the delinquency. Failure to perform this duty constitutes an unreasonable delay by the Debtors that is prejudicial to creditors under 11 USC §1307(c)(1), and thus represents further cause for dismissal.

WHEREFORE, PREMISES CONSIDERED, Carey D. Ebert, prays that this case be dismissed for cause and for such other and further relief to which she may be entitled.

Respectfully submitted,

/s/ H. Jefferson LeForce_____
Carey D. Ebert, TBN 05332500
H. Jefferson LeForce, TBN 00791094
Office of the Standing Chapter 13 Trustee
500 North Central Expressway, Suite 350
Plano, Texas  75074
(972) 943-2580
ch13plano@ch13plano.com

## CERTIFICATE OF SERVICE

This is to certify the foregoing has been served on: (a) the parties listed below by either first class mail, the Court's electronic filing system (ECF), or by electronic means the recipient has consented to in writing; (b) all other parties receiving ECF notice; and (c) on any other party as listed in any additional certificate of service filed in connection with this pleading.

MARCUS KENYATTA MCCALL SR.
ERIN MARIE MCCALL
11621 SUMMER SPRINGS DRIVE
FRISCO, TX  75036


Dated:  February 12, 2024          /s/ H. Jefferson LeForce
                                   Office of the Standing Chapter 13 Trustee