THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MARCUS KENYATTA MCCALL SR. | § | CASE NO.  22-41316-R |
| XXX-XX-8409 | § | |
| 11621 SUMMER SPRINGS DRIVE | § | CHAPTER 13 |
| FRISCO, TX  75036 | § | |
| | § | |
| ERIN MARIE MCCALL | § | |
| XXX-XX-5666 | § | |
| | § | |
| DEBTORS | § | |

<u>ORDER DISMISSING CHAPTER 13 CASE WITH RETENTION OF JURISDICTION</u>

    Came on for hearing the Motion to Dismiss (the "Motion") filed by Carey D. Ebert, the Standing Chapter 13 Trustee, in the above referenced case.  The Court finds that appropriate notice of the Motion and the hearing was given according to the Federal and Local Rules of Bankruptcy Procedure.  The Court further finds that this case should be dismissed for the reasons stated in the Motion .  The Court also recognizes that a Motion for Administrative Expenses, or an equivalent thereof, filed by the Debtors' attorney is currently pending before the Court or may be filed within the next fourteen (14) days.  Accordingly, pursuant to the authority expressed in *Querner v. Querner (In re Querner)* , 7 F.3d 1199 (5th Cir. 1993), the Court finds that just cause exists for the entry of the following order.

    IT IS THEREFORE ORDERED that the above referenced Chapter 13 case is hereby DISMISSED; provided, however, that this case shall remain open and the Court shall retain jurisdiction to entertain and to determine all requests for relief, whether raised sua sponte or by any party in interest, pertaining to the compensation to be paid to the Debtors' counsel, so long as any such request is filed before the expiration of fourteen (14) days after the entry of this order, and to enter any order pertaining thereto which may be appropriate under the circumstances .

    IT IS FURTHER ORDERED that any wage withholding orders previously entered in this case are hereby terminated .