Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

Eastern District of Texas

Suite 300B
660 North Central Expressway
Plano, TX 75074

Bankruptcy Proceeding No.: 22–41316
Chapter: 13
Judge: Brenda T. Rhoades

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Marcus Kenyatta McCall Sr.
11621 Summer Springs Drive
Frisco, TX 75036

Erin Marie McCall
fka Erin Marie Rollins, fka Erin Marie Haverty, fka Erin Marie Williams
11621 Summer Springs Drive
Frisco, TX 75036

Social Security / Individual Taxpayer ID No.:
xxx–xx–8409

xxx–xx–5666

Employer Tax ID / Other nos.:

PLEASE TAKE NOTICE that a hearing will be held at

Telephonic hearing to be held:

on 3/13/24 at 10:00 AM

to consider and act upon the following:

Chapter 13 Trustee's Motion to Dismiss Case and Setting Hearing Filed by Carey D. Ebert Hearing scheduled for 3/13/2024 at 10:00 AM at TELEPHONIC HEARING LOCATION. (Attachments: # 1 Proposed Order)(Ebert, Carey)

Dated: 2/13/24

Jason K. McDonald
Clerk, U.S. Bankruptcy Court