Juan Tomasino
Texas Bar No. 24033395
Allmand Law Firm, PLLC
860 Airport Freeway, Suite 401
Hurst, TX 76054
Telephone:(214) 265-0123
Facsimile:(214) 265-1979
Attorney for Debtor

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MARCUS KENYATTA MCCALL SR. | § | CASE NO. 22-41316 |
| ERIN MARIE MCCALL | § | |
|     Debtors, | § | CHAPTER 13 |
| | § | |
| FREEDOM MORTGAGE | § | |
| CORPORATION | § | |
|     Movant, | § | |
| | § | |
| VS. | § | |
| MARCUS KENYATTA MCCALL SR. | § | |
| ERIN MARIE MCCALL | § | |
|     Respondents. | § | |

**DEBTOR'S ANSWER AND OBJECTION TO**
**MOTION FOR RELIEF FROM AUTOMATIC STAY**
**FILED BY FREEDOM MORTGAGE CORPORATION**

TO THE HONORABLE UNITED STATES BANKRUPTCY COURT:

COMES NOW MARCUS KENYATTA MCCALL SR. and ERIN MARIE MCCALL ("Debtor" whether singular or plural) and requests of the Court that a hearing be scheduled on the subject matter and files this Debtor's Answer and Objection to Motion for Relief from Automatic Stay Filed by FREEDOM MORTGAGE CORPORATION ("Movant"), and in support hereof would respectfully show the Court as follows:

## SPECIFIC ADMISSIONS

1. Debtor admits the allegations contained in paragraphs 1, 2, 3, 4, and 5 of Movant's Motion.

## SPECIFIC DENIALS

2. Debtor denies the allegations contained in paragraphs 6, 7, 7, 12, 13, and 14 of Movant's Motion and demands strict proof thereof.

## EFFECT OF QUALIFIED DENIAL OR LACK OF ADMISSION

3. Debtor neither admits or denies the allegations contained in paragraphs 9, 10, and 11 of Movant's Motion having insufficient information to do so, and therefore, denies same and demands strict proof thereof.

## ELEMENT OF DEBTOR'S DEFENSE

4. There exists cause justifying the denial of Movant's Motion and requested action for the following reasons:

   A. The property is necessary for the effective reorganization of the Debtor because it is the Debtor's homestead.

   B. Movant has been, and will be, afforded adequate protection for the following reasons:

   1. Debtor would show the Court that adequate protection is being paid in payments pursuant to General Order 2021-01, the Debtor's Authorization for Adequate Protection Disbursements, and Debtor's Chapter 13 Plan.

   2. Debtor would show the Court that adequate protection is being paid by paying the indebtedness through Debtor's Confirmed Chapter 13 Plan of reorganization.

   3. Debtor would show that the subject property is adequately insured to the extent necessary, proper, and sufficient to protect Movant's interest in the collateral.

4. Debtor would show the Court that any default may be cured within a reasonable time.

## RIGHT TO AMEND OR SUPPLEMENT RESERVED

5. Debtor reserves the right to amend or supplement this Answer with additional information supported by Debtor's evidence, affidavit and/or amended answer.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Debtor prays that a hearing be set in the instant matter, that Movant's Motion be denied in all respects and that the automatic stay pursuant to §362 of the United States Bankruptcy Code remain in full force and effect, and for such other and further relief to which the Debtor may show himself entitled.

ALLMAND LAW FIRM, PLLC

/s/ Juan Tomasino
Juan Tomasino
Texas Bar No. 24033395
860 Airport Freeway, Suite 401
Hurst, TX 76054
Telephone:(214) 265-0123
Facsimile:(214) 265-1979
Attorney for Debtor

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 13, 2024, a true and correct copy of the foregoing was served on all parties in interest below.

**DEBTORS**:
Marcus Kenyatta McCall Sr.
Erin Marie McCall
11621 Summer Springs Drive
Frisco, TX 75036

**OPPOSING COUNSEL**
Charles L. Kennon
Attorney for Movant
McCalla Raymer Leibert Pierce, LLC
2626 Cole Avenue
Suite 501
Dallas, TX 75204

**TRUSTEE**:
Carey D. Ebert
P. O. Box 941166
Plano, TX 75094-1166

**U.S. TRUSTEE**
Office of the U.S. Trustee
110 N. College Avenue
Suite 300
Tyler, Texas 75702

/s/ Juan Tomasino
Juan Tomasino
Texas Bar No. 24033395
ALLMAND LAW FIRM, P.L.L.C.