| | | |
|---|---|---|
| Label Matrix for local noticing<br>0540-4<br>Case 22-41316<br>Eastern District of Texas<br>Sherman<br>Wed Mar 20 18:23:04 CDT 2024 | Weldon Reed Allmand<br>Allmand Law Firm, PLLC<br>860 Airport Freeway, Suite 401<br>Hurst, TX 76054-3264 | (p)ALLMAND LAW FIRM<br>860 AIRPORT FREEWAY<br>401<br>HURST TX 76054-3264 |
| Christopher Anderson<br>Allmand Law<br>8350 North Central Expressway<br>Suite 1200<br>Dallas, TX 75206-1624 | Angelo State University<br>2601 W. Ave N.<br>San Angelo, TX 76909-5099 | Attorney General of Texas<br>Bankruptcy Collection Division<br>PO Box 12017<br>Austin, TX 78711-2017 |
| Attorney General of Texas<br>Bankruptcy Collection Division<br>PO Box 12548<br>Austin, TX 78711-2548 | Attorney General of Texas - CSD<br>Region 4 Bankruptcy Section<br>2001 Beach Street, Suite 700<br>Fort Worth, TX 76103-2315 | Bridgecrest Acceptance Corporation, c/o AIS<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| CFNA/Credit First Natl Assoc<br>Attn: Bankruptcy<br>P.O. Box Box 81315<br>Cleveland, OH 44181-0315 | CREDIT FIRST NA<br>PO BOX 818011<br>CLEVELAND, OHIO 44181-8011 | Carvana<br>C/O Bridgecrest<br>PO BOX 29018<br>Phoenix, AZ 85038-9018 |
| Carvana, LLC<br>Bridgecrest c/o AIS Portfolio Serving<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Citibank<br>Citicorp Credit Srvs/Centralized Bk dept<br>PO Box 790034<br>Saint Louis, MO 63179-0034 |
| Credit Collection Services<br>Attn: Bankruptcy 725 Canton St<br>Norwood, MA 02062-2679 | Credit One Bank<br>Attn: Bankruptcy Department<br>PO Box 98873<br>Las Vegas, NV 89193-8873 | Credit Systems International, Inc<br>Attn: Bankruptcy<br>PO Box 1088<br>Arlington, TX 76004-1088 |
| Cws/cw Nexus<br>Attn: Card Services<br>PO Box 9201<br>Old Bethpage, NY 11804-9001 | Denton County<br>c/o Julie Anne Parsons<br>PO Box 1269<br>Round Rock, TX 78680-1269 | Denton County Appraisal District<br>McCreary Veselka Braggs & Allen, PC<br>P.O. Box 1269<br>Round Rock, TX 78680-1269 |
| Denton County FWSD #4A Apraisal<br>c/o McCreary Veselka Bragg & Allen PC<br>P.O. Box 1277<br>Denton, TX 76202-1277 | ECMC<br>PO Box 16408<br>St. Paul, MN 55116-0408 | Carey D. Ebert<br>P. O. Box 941166<br>Plano, TX 75094-1166 |
| Educational Credit Management Corporation<br>PO Box 16408<br>St. Paul, MN, 55116-0408 | Ericka Johnson<br>4750 Hickory Creek Dr #8<br>University Park, IL 60484-3093 | Ericka S. Johnson<br>P.O. Box 659791<br>San Antonio, TX 78265-9791 |
| Erin Marie McCall<br>11621 Summer Springs Drive<br>Frisco, TX 75036-9378 | Everest Receivable Services<br>2351 N. Forest Road Suite 100<br>Getzville, NY 14068-9902 | Fedloan<br>Attn: Bankruptcy<br>PO Box 60610<br>Harrisburg, PA 17106-0610 |

| | | |
|---|---|---|
| (p)FIRST NATIONAL BANK<br>ATTN BANKRUPTCY<br>1500 S HIGHLINE AVE<br>SIOUX FALLS SD 57110-1003 | First Premier Bank<br>Bankruptcy<br>PO Box 5524<br>Sioux Falls, SD 57117-5524 | (p)FIRST SAVINGS BANK BLAZE<br>ATTN BANKRUPTCY<br>1500 S HIGHLINE AVE<br>SIOUX FALLS SD 57110-1003 |
| Freedom Mortgage Corporation<br>Attn: Bankruptcy<br>907 Pleasant Valley Ave , Ste 3<br>Mt Laurel, NJ 08054-1210 | Freedom Mortgage Corporation<br>Bankruptcy Department<br>10500 Kincaid Drive<br>Suite 300<br>Fishers, IN 46037-9764 | Frisco Self Storage<br>155 Old Newman Rd<br>Frisco, TX 75036-4400 |
| (p)GRAND CANYON UNIVERSITY<br>ATTN ATTN OFC OF GENERAL COUNSEL<br>PO BOX 11097<br>PHOENIX AZ 85061-1097 | Nicholas C. Inman<br>Allmand Law Firm, PLLC<br>860 Airport Frwy, Ste. 401<br>Hurst, TX 76054-3264 | Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Jennifer Wright<br>301 Tarrow St.<br>6th Floor<br>College Station, TX 77840-7896 | Charles L. Kennon III<br>McCalla Raymer Leibert Pierce<br>1635 Village Center Circle<br>Ste 130<br>Las Vegas, NV 89134-6375 | LVNV Funding<br>Resurgent Capital Services<br>Po Box 10497<br>Greenville, SC 29603-0497 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Linebarger Goggan Blair & Sampson LLP<br>Attn: Lisa Large Evans<br>2777 N. Stemmons Freeway, Ste 1000<br>Dallas, TX 75207-2328 | Little Elm ISD Appraisal<br>Attn Officer or Managing Agent Sawko & B<br>1172 Bent Oaks Dr.<br>Denton, TX 76210-8350 |
| MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | (p)DSNB MACY S<br>CITIBANK<br>1000 TECHNOLOGY DRIVE MS 777<br>O FALLON MO 63368-2239 | Marcus Kenyatta McCall Sr.<br>11621 Summer Springs Drive<br>Frisco, TX 75036-9378 |
| Midland Credit Management, Inc.<br>PO Box 2037<br>Warren, MI 48090-2037 | Midland Fund<br>Attn: Bankruptcy<br>350 Camino De La Reine , Suite 100<br>San Diego, CA 92108-3007 | NTTA<br>P.O. Box Box 660244<br>Dallas, TX 75266-0244 |
| NTTA<br>PO Box 660244<br>Dallas, TX 75266-0244 | Navient<br>Attn: Bankruptcy<br>PO Box 9640<br>Wilkes-Barre, PA 18773-9640 | Navient Solutions, LLC. on behalf of<br>American Student Assistance<br>Po box 16129<br>St. Paul, MN 55116-0129 |
| Navient Solutions, LLC. on behalf of<br>ECMC<br>PO BOX 16408<br>St Paul, MN 55116-0408 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Julie Anne Parsons<br>McCreary Veselka Bragg & Allen PC<br>PO Box 1269<br>Round Rock, TX 78680-1269 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Premier Bankcard, LLC<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud MN 56302-7999 | Professional Finance Company, Inc.<br>Attn: Bankruptcy<br>PO Box 1686<br>Greeley, CO 80632-1686 |

| | | |
|---|---|---|
| Quantum3 Group LLC as agent for<br>Credit Corp Solutions Inc<br>PO Box 788<br>Kirkland, WA  98083-0788 | (p)SPRING OAKS CAPITAL LLC<br>1400 CROSSWAYS BLVD STE 100B<br>CHESAPEAKE VA 23320-0207 | Synerprise Consulting Services, Inc<br>Attn: Bankruptcy 5651 Broadmoor<br>Mission, KS 66202-2407 |
| Takeda McCall<br>9825 Emory Oak Circle<br>Dallas, TX 75249-1417 | Target Nb<br>C/O Financial & Retail Services<br>Mailstop BT PO Box 9475<br>Minneapolis, MN 55440-9475 | Tarleton State University<br>Box T-0120<br>Stephenville, TX 76402-0001 |
| Texas Alcoholic Beverage Comm<br>Licenses and Permits Division<br>PO Box 13127<br>Austin, TX 78711-3127 | Texas Family Fitness<br>6205 Coit Rd #205<br>Plano, TX 75024-5484 | Texas Health and Human Services Com.<br>P.O. Box 149055<br>Austin, TX 78714-9055 |
| Texas Health and Human Services Commission<br>HHSC - Complex Litigation<br>4601 West Guadalupe Street, MC 1100<br>Austi, TX 78751-3146 | Juan Tomasino<br>Allmand Law Firm, PLLC<br>860 Airport Fwy<br>Suite 401<br>75206<br>Hurst, TX 76054-3249 | Toni Townsend<br>McCalla Raymer Pierce, LLC<br>1 N. Dearborn, Ste. 1200<br>Chicago, IL 60602-4337 |
| Transworld System Inc<br>Attn: Bankruptcy<br>PO Box 15630<br>Wilmington, DE 19850-5630 | True Accord<br>16011 college Blvd Suite 130<br>Lenexa, KS 66219-9877 | U.S. Attorney General<br>Department of Justice<br>Main Justice Building<br>10th & Constitution Ave., NW<br>Washington, DC 20530-0001 |
| U.S. Department of Education<br>P.O. Box 530260<br>Atlanta, GA 30353-0260 | US Attorney General<br>US Department of Justice<br>950 Pennsylvania Ave, NW<br>Washington, DC 20530-0009 | US Department of Education<br>PO BOX 16448<br>Saint Paul, MN 55116-0448 |
| US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 | USAA Federal Savings Bank<br>Attn: Bankruptcy 10750 McDermott Freeway<br>San Antonio, TX 78288-9876 | United States Attorney - EAST<br>110 N. College Ste. 700<br>Tyler, TX 75702-7237 |
| United States Trustee - Western<br>615 E. Houston Street, Suite 533<br>San Antonio, TX 78205-2055 | Upstart Finance<br>Attn: Bankruptcy<br>PO Box 1503<br>San Carlos, CA 94070-7503 | Upstart Network, Inc<br>PO BOX 1931<br>Burlingame, CA 94011-1931 |
| White Knight Pest Control<br>1411 Lemay Dr  306<br>Carrollton, TX 75007-4923 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Allmand Law Firm, PLLC<br>860 Airport Fwy Ste 401<br>Hurst, TX 76054-3264 | (d)Allmand Law Firm, PLLC<br>Allmand Law Firm, PLLC<br>860 Airport Fwy Ste 401<br>Hurst, TX 76054-3264 | Chase Card Services<br>Attn: Bankruptcy<br>PO Box 15298<br>Wilmington, DE 19850 |
| First National Bank/Legacy<br>Attn: Bankruptcy<br>PO Box 5097<br>Sioux Falls, SD 57117-5097 | First Savings Bank/Blaze<br>Attn: Bankruptcy<br>PO Box 5096<br>Sioux Falls, SD 57117-5096 | (d)Fnbo/ccs<br>Attn: Bankruptcy<br>PO Box 5081<br>Sioux Falls, SD 57117 |
| Grand Canyon University<br>3300 w. Camelback Road<br>Phoenix, AZ 85017 | Macys/fdsb<br>Attn: Bankruptcy 9111 Duke Boulevard<br>Mason, OH 45040 | Portfolio Recovery Associates, LLC<br>Attn: Bankruptcy<br>120 Corporate Blvd<br>Norfolk, VA 23502 |
| (d)Portfolio Recovery Associates, LLC<br>Attn: Bankruptcy 120 Corporate Boulevard<br>Norfolk, VA 23502 | (d)Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | Spring Oaks Capital, Llc<br>Attn: Bankruptcy<br>P.O. Box 1216<br>Chesapeake, VA 23327-1216 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Carey D. Ebert<br>P. O. Box 941166<br>Plano, TX 75094-1166 | (u)FREEDOM MORTGAGE CORPORATION | (d)Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| (d)Erin Marie McCall<br>11621 Summer Springs Drive<br>Frisco, TX 75036-9378 | (d)Marcus Kenyatta McCall Sr.<br>11621 Summer Springs Drive<br>Frisco, TX 75036-9378 | End of Label Matrix<br>Mailable recipients    84<br>Bypassed recipients     5<br>Total                  89 |