**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| Marcus Kenyatta McCall Sr. | § | CASE NO. 22-41316 |
| Erin Marie McCall | § | |
| | § | CHAPTER 13 |
| DEBTORS | § | |

### ORDER MODIFYING CONFIRMED CHAPTER 13 PLAN AND GRANTING ADDITIONAL AWARD OF ATTORNEY'S FEES

ON THIS DATE the Court heard the Motion to Modify Confirmed Chapter 13 Plan (the "Modification Motion") filed on  by the Debtor, Marcus Kenyatta McCall Sr. and Erin Marie McCall (the "Debtor"). The Modification Motion seeks to modify the terms of the confirmed Chapter 13 plan (dkt #2) in the above-referenced case (the "Confirmed Chapter 13 Plan") confirmed by Order of the Court on February 23, 2023 (dkt# 24). The Court finds that appropriate notice of the Modification Motion and the hearing were each properly given pursuant to the Federal and Local Rules of Bankruptcy Procedure. The Court finds that, as set forth on the record in open court, all objections to the Modification Motion have been withdrawn or overruled and that all applicable requirements set forth in § 1329 of the Bankruptcy Code have been fulfilled. Accordingly, the Court finds that just cause exists for the entry of the following order.

**IT IS THEREFORE ORDERED** that the Motion to Modify Confirmed Chapter 13 Plan filed on  by the Debtor, Marcus Kenyatta McCall Sr. and Erin Marie McCall, is hereby GRANTED, the Confirmed Chapter 13 Plan is hereby MODIFIED in accordance with the provisions set forth in the Modification Motion, as amended by this Order, and the Chapter 13 Trustee shall adjust his distributions accordingly.

**IT IS FURTHER ORDERED** that, without the necessity of further disclosure to creditors, the Modification Motion is amended in the following manner:

**IT IS FURTHER ORDERED** that all provisions of the Confirmed Chapter 13 Plan not addressed by the Modification Motion or this Order remain in full force and effect.

IT IS FURTHER ORDERED that the request for an additional award of attorney's fees, as contained in ¶ 5 of the Modification Motion, is GRANTED and that Allmand Law Firm, is awarded the sum of $650.00 which shall be in addition to any other fees previously awarded or paid in this case.

Dated:_____            _____
                                  HONORABLE JUDGE BRENDA T RHOADES